Elmer Eugene CHRONISTER, Appellant, v.
UNITED STATES of America,
Appellee.

No. 11106.

United States Court of Appeals
Sixth Circuit.

July 11, 1950.

Appellant not represented.

Frank E. Steel, Cleveland, Ohio, Don C. Miller, Cleveland, Ohio, of counsel, for appellee.

Before HICKS, Chief Judge, and SIMONS and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of record, briefs, and the argument of counsel for appellee, and the court being of the opinion that no reversible error appears upon the record,

It is ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. ESTATE of W. B. TOWNSEND et al., Respondents.

No. 11048.

United States Court of Appeals
Sixth Circuit.

June 30, 1950.

Theron L. Caudle and Charles Oliphant, Washington, D. C., for petitioner.

Robert A. Littleton, Washington, D. C., for respondent.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of the parties duly entered November 4, 1949, to the effect that the decision in this case was to conform to and follow the final decision in No. 11047, captioned Alice M. Townsend v. Commissioner of Internal Revenue; and decision in the latter case affirming the judgment of the Tax Court, 12 T.C. 692, having been rendered by this Court on April 17th, 1950, 181 F.2d 502; and counsel for Alice M. Townsend in that case having stated to this Court in writing that no further action is contemplated on her behalf; Now

It is hereby ordered that the petition for review of the Commissioner of Internal Revenue herein now pending be forthwith dismissed.

FIRST NATIONAL BENEFIT SOCIETY, a corporation, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 12433.

United States Court of Appeals
Ninth Circuit.

July 11, 1950.

Rehearing Denied Aug. 18, 1950.

Robert R. Weaver, Phoenix, Ariz., for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., and Ellis N. Slack, I. Henry Kutz and Carlton Fox, all of Washington, D. C., for respondent.

Before MATHEWS, ORR and LINDLEY, Circuit Judges.

PER CURIAM.

The decision of the Tax Court is affirmed upon the authority of First National Benefit Society v. Stuart, 9 Cir., 134 F.2d 438; Id., 9 Cir., 152 F.2d 298; Commissioner of Internal Revenue v. National Reserve Ins. Co., 9 Cir., 160 F.2d 956.